EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No 9,261,365 v. Pervasive Group Inc. ("Defendant")**

| Claim 1 | Evidence |
|---|---|
| 1. A method for receiving location information at a positional information device, the method comprising: | Defendant (Pervasive Group Inc.) provides an application (i.e., MMGuardian Parental Control application) that utilizes a tracking and management method for monitoring real-time GPS locations to receive real-time locations of assets or objects(i.e., location information) through one or more positional information devices (e.g., desktop or mobile devices). Source: https://www.mobileappdaily.com/app-review/mmguardian-parental-control-app |

# Location Tracking

The parental control app provides the opportunity to check on the location of your child at any moment. MMGuardian also shows the direction and speed of the child's movement. This option may seem unnecessary at first sight, but it could be useful for a closer look at the child's activities.

The control panel which contains the location tracking option can be accessed from either the parent's phone or the account on the application website. Another useful function of the app is **location reports** that outline the movements of the child over a period of up to *seven days*.

Source: https://celltrackingapps.com/mmguardian/

Battery use disclaimer: This application uses GPS for location services. Continued use of GPS running in the background can dramatically decrease battery life.

Source: https://apps.apple.com/us/app/mmguardian-parental-control/id951476346

## 8. MMGuardian Parent App

MMGuardian Parent App is a parental control app that also works as a **GPS tracker app** for parents to always stay informed of their kid's location. It tracks and displays the location of your kid's device on a map and gets updates about their location.

Source: https://famisafe.wondershare.com/mobile-tracker/best-android-gps-tracking-apps.html

| | |
|---|---|
| a)sending a request from a requesting positional information device to a server for at least one address stored in at least one sending positional information device, the request including a first identifier of the requesting positional information device; | As shown below, sending a request to show the real-time location (i.e., at least one address stored) of different assets in an enterprise includes a first identifier (i.e., user login ID and password of MMGuardian Parental Control application used in a particular enterprise) of the requesting positional information device (e.g., mobile device or desktop in which Software installed) to the MMGuardian Parental Control server for transmitting the assets or objects' location. |

**Install Parent Phone App**

- **Download** the MMGuardian Parent App to your own iPhone or Android phone.
- **Register** the app using your email address and choice of password, or log in using your existing MMGuardian account email address and password.

**Install Child Device App**

- **Download** the MMGuardian Parental Control app on your child's phone.
- **Log into** the app using your MMGuardian account email address and admin password.
- Follow the on-screen instructions to perform the initial setup.
- When you get to the app main screen with the 6 icons, proceed to step 3.

**Manage and Monitor**

- **Configure** child phone functions from the parent phone app.
- The **Phone Usage** menu item is where to view message and usage reports.
- The **Lock and Location** menu items are used to send those commands to the child app.
- For **Time Limits, App Control, Contact Block, Web Filter** etc, select the relevant menu item

Source: https://www.mmguardian.com/getting-started/android-phone-app

**8. MMGuardian Parent App**

MMGuardian Parent App is a parental control app that also works as a **GPS tracker app** for parents to always stay informed of their kid's location. It tracks and displays the location of your kid's device on a map and gets updates about their location.

Source: https://famisafe.wondershare.com/mobile-tracker/best-android-gps-tracking-apps.html

**Using SMS Commands (Android phones)**

The MMGuardian app on your child's Android phone can be controlled using SMS commands. Please text the desired command from the admin phone to your child's phone. Below, we show commands written inside of " " marks for easier explanation, but please remember to not actually use quotation marks when you send a command. Also, please note:

Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY

**Locate**

| Command | Using the Command |
|---------|-------------------|
| locate: | Type "locate" then ":" with no spaces in between the word and the colon in a text message from the Admin Phone to the MMGuardian phone. Note: The ':' following the command name is required, just like any other command. Use this command to get the last known location of the device. The app will wait 30 seconds to get a more accurate location for the phone before sending out a response to the admin phone. The admin phone will then receive 2 text messages in response to the Locate command. One contains a street address along with the accuracy, time of the location and speed of the phone. If street address is not available, a longitude and latitude will be returned. The second SMS contains a link to Google maps where the phone location will be highlighted. |

Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY

| | |
|---|---|
| b)receiving at the requesting positional information device, from the server, a retrieved at least one address to the requesting positional information device | As shown below, the MMGuardian Parental Control server transmits the position of the assets or objects (i.e., at least one address) to the requesting positional information device (i.e., mobile device or desktop in which software is installed, etc.).<br><br>**Using SMS Commands (Android phones)**<br>The MMGuardian app on your child's Android phone can be controlled using SMS commands. Please text the desired command from the admin phone to your child's phone. Below, we show commands written inside of " " marks for easier explanation, but please remember to not actually use quotation marks when you send a command. Also, please note:<br><br>Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY<br><br>**Locate**<br><br>| Command | Using the Command |<br>|---|---|<br>| locate: | Type "locate" then ":" with no spaces in between the word and the colon in a text message from the Admin Phone to the MMGuardian phone. Note: The ':' following the command name is required, just like any other command. Use this command to get the last known location of the device. The app will wait 30 seconds to get a more accurate location for the phone before sending out a response to the admin phone. The admin phone will then receive 2 text messages in response to the Locate command. One contains a street address along with the accuracy, time of the location and speed of the phone. If street address is not available, a longitude and latitude will be returned. The second SMS contains a link to Google maps where the phone location will be highlighted. |<br><br>Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY |

| | |
|---|---|
| c) wherein the server determines a second identifier for identifying the at least one sending positional information device based on the received first identifier and retrieves the requested at least one address stored in the identified at least one sending positional information device. | The MMGuardian Parental Control application is installed on the requesting positional information device requests (from the server) for the assets or objects' location (i.e., at least one address stored). As shown below, before activating the MMGuardian Parental Control application (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the  MMGuardian Parental Control application (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one address stored) of children.<br><br><br><br>Source: https://www.mobileappdaily.com/app-review/mmguardian-parental-control-app |

### Install Parent Phone App

- **Download** the MMGuardian Parent App to your own iPhone or Android phone.
- **Register** the app using your email address and choice of password, or log in using your existing MMGuardian account email address and password.

### Install Child Device App

- **Download** the MMGuardian Parental Control app on your child's phone.
- **Log into** the app using your MMGuardian account email address and admin password.
- Follow the on-screen instructions to perform the initial setup.
- When you get to the app main screen with the 6 icons, proceed to step 3.

### Manage and Monitor

- **Configure** child phone functions from the parent phone app.
- The **Phone Usage** menu item is where to view message and usage reports.
- The **Lock and Location** menu items are used to send those commands to the child app.
- For **Time Limits, App Control, Contact Block, Web Filter** etc, select the relevant menu item

Source: https://www.mmguardian.com/getting-started/android-phone-app

## 8. MMGuardian Parent App

MMGuardian Parent App is a parental control app that also works as a **GPS tracker app** for parents to always stay informed of their kid's location. It tracks and displays the location of your kid's device on a map and gets updates about their location.

Source: https://famisafe.wondershare.com/mobile-tracker/best-android-gps-tracking-apps.html

**Using SMS Commands (Android phones)**

The MMGuardian app on your child's Android phone can be controlled using SMS commands. Please text the desired command from the admin phone to your child's phone. Below, we show commands written inside of " " marks for easier explanation, but please remember to not actually use quotation marks when you send a command. Also, please note:

Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY

**Locate**

| Command | Using the Command |
|---------|-------------------|
| locate: | Type "locate" then ":" with no spaces in between the word and the colon in a text message from the Admin Phone to the MMGuardian phone. Note: The ':' following the command name is required, just like any other command. Use this command to get the last known location of the device. The app will wait 30 seconds to get a more accurate location for the phone before sending out a response to the admin phone. The admin phone will then receive 2 text messages in response to the Locate command. One contains a street address along with the accuracy, time of the location and speed of the phone. If street address is not available, a longitude and latitude will be returned. The second SMS contains a link to Google maps where the phone location will be highlighted. |

Source: https://www.mmguardian.com/sms-commands#:~:text=locate%3AX%2CY