# APPENDIX A - RELATED CASES

## Cases Search

70 Results

Patents: 9261365

| Case | Case Filing Date ▼ |
|---|---|
| Social Positioning Input Systems, LLC v. LogSat Software, LLC<br>1-23-cv-00254 (DDE) | Mar. 08, 2023 |
| Social Positioning Input Systems v. Amber Alert GPS<br>2-22-cv-00796 (DUT) | Dec. 22, 2022 |
| Social Positioning Input Systems, LLC v. Inpixon Corporation<br>5-22-cv-08449 (NDCA) | Dec. 13, 2022 |
| Social Positioning Input Systems, LLC v. LiveViewGPS, Inc.<br>2-22-cv-09003 (CDCA) | Dec. 12, 2022 |
| Social Positioning Input Systems, LLC v. Valve Corporation<br>2-22-cv-01366 (WDWA) | Sep. 27, 2022 |
| Social Positioning Input Systems, LLC v. Amcrest Technologies, LLC<br>4-22-cv-01311 (SDTX) | Apr. 25, 2022 |
| Social Positioning Input Systems, LLC v. Sewio, LLC<br>4-22-cv-01315 (SDTX) | Apr. 25, 2022 |
| Social Positioning Input Systems, LLC v. Linxup, LLC<br>4-22-cv-00171 (EDMO) | Feb. 11, 2022 |
| Social Positioning Input Systems, LLC v. LocoNav, Inc.<br>3-22-cv-00220 (NDCA) | Jan. 12, 2022 |
| Social Positioning Input Systems, LLC v. Keep Truckin, Inc.<br>3-22-cv-00221 (NDCA) | Jan. 12, 2022 |
| Social Positioning Input Systems, LLC v. Driveroo, Inc.<br>5-22-cv-00222 (NDCA) | Jan. 12, 2022 |
| Social Positioning Input Systems, LLC v. Forward Thinking Systems LLC<br>2-22-cv-00150 (EDNY) | Jan. 11, 2022 |
| Social Positioning Input Systems, LLC v. Global Tracking Group, LLC<br>1-22-cv-00035 (DMD) | Jan. 07, 2022 |
| Social Positioning Input Systems, LLC v. Click Labs, Inc.<br>8-22-cv-00036 (MDFL) | Jan. 04, 2022 |
| Social Positioning Input Systems, LLC v. Zubie Inc.<br>0-21-cv-02664 (DMN) | Dec. 14, 2021 |
| Social Positioning Input Systems, LLC v. Cartrack, Inc.<br>2-21-cv-08940 (CDCA) | Nov. 14, 2021 |
| Social Positioning Input Systems, LLC v. Mojio USA, Inc.<br>4-21-cv-08827 (NDCA) | Nov. 14, 2021 |
| Social Positioning Input Systems, LLC v. Nexcelerate, LLC<br>7-21-cv-09247 (SDNY) | Nov. 09, 2021 |
| Social Positioning Input Systems, LLC v. Lonestar Tracking, LLC<br>4-21-cv-03658 (SDTX) | Nov. 08, 2021 |
| Social Positioning Input Systems, LLC v. Manning NavComp, Inc.<br>6-21-cv-01144 (WDTX) | Nov. 08, 2021 |
| Social Positioning Input Systems, LLC v. Ruptela USA, Inc.<br>8-21-cv-02492 (MDFL) | Oct. 25, 2021 |
| Social Positioning Input Systems, LLC v. AccuTracking, Inc.<br>1-21-cv-11594 (DMA) | Sep. 28, 2021 |
| Social Positioning Input Systems, LLC v. Advanced Tracking Technologies, Inc.<br>4-21-cv-03145 (SDTX) | Sep. 28, 2021 |
| Social Positioning Input Systems, LLC v. Sieva Networks, Inc.<br>5-21-cv-07526 (NDCA) | Sep. 27, 2021 |
| Social Positioning Input Systems, LLC v. Location Based Technologies, Inc.<br>8-21-cv-01536 (CDCA) | Sep. 20, 2021 |
| Social Positioning Input Systems, LLC v. Exaktime, LLC<br>2-21-cv-07312 (CDCA) | Sep. 13, 2021 |

| | |
|---|---|
| Social Positioning Input Systems, LLC v. Geozilla Inc.<br>4-21-cv-07073 (NDCA) | Sep. 13, 2021 |
| Social Positioning Input Systems, LLC v. Landairsea Systems, Inc.<br>1-21-cv-04765 (NDIL) | Sep. 08, 2021 |
| Social Positioning Input Systems, LLC v. LogiNext Solutions, Inc.<br>3-21-cv-06893 (NDCA) | Sep. 05, 2021 |
| Social Positioning Input Systems v. Automile, Inc.<br>2-21-cv-00523 (DUT) | Sep. 03, 2021 |
| Social Positioning Input Systems, LLC v. Track Your Truck, Inc.<br>6-21-cv-00046 (WDVA) | Aug. 31, 2021 |
| Social Positioning Input Systems, LLC v. Abaqus Inc.<br>4-21-cv-06704 (NDCA) | Aug. 30, 2021 |
| Social Positioning Input Systems, LLC v. Jio, Inc.<br>1-21-cv-04623 (NDIL) | Aug. 30, 2021 |
| SOCIAL POSITIONING INPUT SYSTEMS, LLC v. LABOR SYNC, LLC<br>1-21-cv-14595 (DNJ) | Aug. 04, 2021 |
| Social Positioning Input Systems, LLC v. SquareGPS, Inc.<br>2-21-cv-05656 (CDCA) | Jul. 13, 2021 |
| Social Positioning Input Systems, LLC v. Isharingsoft, Inc.<br>8-21-cv-01155 (CDCA) | Jul. 05, 2021 |
| Social Positioning Input Systems, LLC v. Wolf Mobile, Inc. d/b/a Ecomz Wireless<br>8-21-cv-01156 (CDCA) | Jul. 05, 2021 |
| Social Positioning Input Systems, LLC v. Boomr, Inc.<br>3-21-cv-01221 (SDCA) | Jul. 05, 2021 |
| Social Positioning Input Systems, LLC v. Rapidsoft Systems Inc.<br>3-21-cv-11630 (DNJ) | May. 21, 2021 |
| Social Positioning Input Systems, LLC v. Mobisoft Infotech, LLC<br>4-21-cv-01557 (SDTX) | May. 12, 2021 |
| Social Positioning Input Systems, LLC v. GPX Intelligence, LLC d/b/a Logistimatics<br>1-21-cv-00636 (DDE) | Apr. 30, 2021 |
| Social Positioning Input Systems, LLC v. Zubie Inc.<br>1-21-cv-00637 (DDE) | Apr. 30, 2021 |
| Social Positioning Input Systems, LLC v. Netsoft Holdings, LLC<br>1-21-cv-01071 (SDIN) | Apr. 29, 2021 |
| Social Positioning Input Systems, LLC v. Gurtam, Inc.<br>1-21-cv-10638 (DMA) | Apr. 16, 2021 |
| Social Positioning Input Systems, LLC v. AngelSense, Inc.<br>2-21-cv-08563 (DNJ) | Apr. 07, 2021 |
| Social Positioning Input Systems, LLC v. Agnik, LLC<br>1-21-cv-00797 (DMD) | Mar. 29, 2021 |
| Social Positioning Input Systems, LLC v. Xirgo Technologies Holdings, Inc.<br>2-21-cv-02320 (CDCA) | Mar. 16, 2021 |
| Social Positioning Input Systems, LLC v. Trackimo Inc.<br>1-21-cv-02036 (SDNY) | Mar. 09, 2021 |
| Social Positioning Input Systems, LLC v. Wireless Links, Inc.<br>2-21-cv-03166 (DNJ) | Feb. 22, 2021 |
| Social Positioning Input Systems, LLC v. CallPass, LLC<br>8-21-cv-00274 (MDFL) | Feb. 05, 2021 |
| Social Positioning Input Systems, LLC v. ORBCOMM Inc.<br>2-21-cv-01237 (DNJ) | Jan. 27, 2021 |
| Social Positioning Input Systems, LLC v. ClearPathGPS, Inc.<br>2-21-cv-00519 (CDCA) | Jan. 20, 2021 |
| Social Positioning Input Systems, LLC v. Particle Industries, Inc.<br>3-21-cv-00464 (NDCA) | Jan. 20, 2021 |
| Social Positioning Input Systems, LLC v. Lytx, Inc.<br>3-21-cv-00104 (SDCA) | Jan. 20, 2021 |
| Social Positioning Input Systems, LLC v. Azuga, Inc.<br>3-20-cv-08845 (NDCA) | Dec. 14, 2020 |
| Social Positioning Input Systems LLC v. Tenna LLC<br>3-20-cv-03574 (NDTX) | Dec. 04, 2020 |

| | |
|---|---|
| Social Positioning Input Systems, LLC v. Tail Light, LLC<br>4-20-cv-00927 (EDTX) | Dec. 02, 2020 |
| Social Positioning Input Systems LLC v. CalAmp Corp<br>3-20-cv-03549 (NDTX) | Dec. 02, 2020 |
| Social Positioning Input Systems, LLC v. ESRI Global, Inc.<br>5-20-cv-02209 (CDCA) | Oct. 20, 2020 |
| Social Positioning Input Systems, LLC v. Trulite Trace, Inc.<br>3-20-cv-07362 (NDCA) | Oct. 20, 2020 |
| Social Positioning Input Systems, LLC v. Actsoft, Inc.<br>8-20-cv-02417 (MDFL) | Oct. 15, 2020 |
| Social Positioning Input Systems LLC v. Omnitracs LLC<br>3-20-cv-03136 (NDTX) | Oct. 15, 2020 |
| Social Positioning Input Systems, LLC v. Midmark Corporation<br>3-20-cv-00414 (SDOH) | Oct. 07, 2020 |
| Social Positioning Input Systems, LLC v. Brickhouse Electronics LLC<br>1-20-cv-06433 (SDNY) | Aug. 13, 2020 |
| Social Positioning Input Systems, LLC v. Spytec GPS, Inc.<br>1-20-cv-06241 (SDNY) | Aug. 07, 2020 |
| Social Positioning Input Systems, LLC v. AiRISTA Flow, Inc.<br>1-20-cv-01018 (DDE) | Jul. 29, 2020 |
| Social Positioning Input Systems, LLC v. Centrak, Inc.<br>1-20-cv-01019 (DDE) | Jul. 29, 2020 |
| Social Positioning Input Systems, LLC v. Agilis Systems, LLC<br>1-20-cv-00871 (DDE) | Jun. 28, 2020 |
| Social Positioning Input Systems, LLC v. Coretex, LLC<br>3-20-cv-01083 (SDCA) | Jun. 15, 2020 |
| Social Positioning Input Systems, LLC v. Samsara Networks, Inc.<br>4-20-cv-03764 (NDCA) | Jun. 08, 2020 |