David A. Ward
   New Jersey Bar No. 042381996
   dward@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ  07738
Telephone:  (973) 307-0800

**ATTORNEYS FOR PLAINTIFF
SOCIAL POSITIONING INPUT SYSTEMS, LLC**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PERVASIVE GROUP, INC.,**<br><br>Defendants. | Case No. 23-cv-1488 (ES)(AME)<br><br>**JOINT STIPULATION TO STAY ALL PENDING MOTIONS, ACTIONS AND DEADLINES** |

Plaintiff Social Positioning Input Systems, LLC and Defendant Pervasive Group, Inc. (collectively "the Parties") are currently in settlement discussions, and thus respectfully request that the Court stay all pending motions, actions and deadlines for thirty (30) days, up to and including June 21, 2023, while the Parties negotiate a resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated:  May 22, 2023                                        Respectfully Submitted,

| | |
|---|---|
| */s/ David A. Ward* <br> **KLUGER HEALEY, LLC** <br> David A. Ward <br> 521 Newman Springs Road, Suite 23 <br> Lincroft, NJ 07738 <br> Tel: (973) 307-0800 <br> Fax: (888) 635-1653 <br> dward@klugerhealey.com <br><br> ***Attorneys for Plaintiff*** | */s/ Michael T. Zoppo* <br> Michael T. Zoppo <br> **FISH & RICHARDSON P.C.** <br> 7 Times Square, 20th Floor New York, New York 10036 Telephone: (212) 765-5070 <br> Facsimile: (212) 258-2291 <br> zoppo@fr.com <br><br> Neil J. McNabnay (*pro hac vice*) <br> Noel Chakkalakal (*pro hac vice*) <br> Michael A. Vincent (*pro hac vice*) <br> **FISH & RICHARDSON P.C.** <br> 1717 Main Street, Suite 5000 <br> Dallas, TX 75201 <br> Telephone: (214) 747-5070 <br> Facsimile: (214) 747-2091 <br> mcnabnay@fr.com <br> chakkalakal@fr.com <br> vincent@fr.com <br><br> ***Attorneys for Defendant*** |