David A. Ward
   New Jersey Bar No. 042381996
   dward@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ 07738
Telephone: (973) 307-0800

**ATTORNEYS FOR PLAINTIFF**
**SOCIAL POSITIONING INPUT SYSTEMS, LLC**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PERVASIVE GROUP, INC.,**<br><br>Defendants. | Case No. 23-cv-1488 (ES)(AME)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Social Positioning Input Systems, LLC and Defendant Pervasive Group, Inc. hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE and all counterclaims asserted in this action without prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated: May 23, 2023                              Respectfully Submitted,

*/s/ David A. Ward*                           */s/ Michael T. Zoppo*
**KLUGER HEALEY, LLC**              Michael T. Zoppo
David A. Ward                             **FISH & RICHARDSON P.C.**
521 Newman Springs Road, Suite 23    7 Times Square, 20th Floor
Lincroft, NJ 07738                      New York, New York 10036
Tel: (973) 307-0800                   Telephone: (212) 765-5070

| | |
|---|---|
| Fax: (888) 635-1653<br>dward@klugerhealey.com<br><br>***Attorneys for Plaintiff*** | Facsimile: (212) 258-2291<br>zoppo@fr.com<br><br>Neil J. McNabnay (*pro hac vice*)<br>Noel Chakkalakal (*pro hac vice*)<br>Michael A. Vincent (*pro hac vice*)<br>**FISH & RICHARDSON P.C.**<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br>mcnabnay@fr.com<br>chakkalakal@fr.com<br>vincent@fr.com<br><br>***Attorneys for Defendant*** |