David A. Ward
   New Jersey Bar No. 042381996
   dward@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ  07738
Telephone:  (973) 307-0800

**ATTORNEYS FOR PLAINTIFF
SOCIAL POSITIONING INPUT SYSTEMS, LLC**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PERVASIVE GROUP, INC.,**<br><br>Defendants. | Case No. 23-cv-1488 (ES)(AME)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Social Positioning Input Systems, LLC and Defendant Pervasive Group, Inc. hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE and all counterclaims asserted in this action without prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated:  May 23, 2023                            Respectfully Submitted,

| | |
|---|---|
| */s/ David A. Ward*<br>**KLUGER HEALEY, LLC**<br>David A. Ward<br>521 Newman Springs Road, Suite 23<br>Lincroft, NJ 07738<br>Tel: (973) 307-0800 | */s/ Michael T. Zoppo*<br>Michael T. Zoppo<br>**FISH & RICHARDSON P.C.**<br>7 Times Square, 20th Floor<br>New York, New York 10036<br>Telephone: (212) 765-5070 |

Fax: (888) 635-1653
dward@klugerhealey.com

**Attorneys for Plaintiff**

Facsimile: (212) 258-2291
zoppo@fr.com

Neil J. McNabnay (*pro hac vice*)
Noel Chakkalakal (*pro hac vice*)
Michael A. Vincent (*pro hac vice*)
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
chakkalakal@fr.com
vincent@fr.com

**Attorneys for Defendant**

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
Hon. Esther Salas, U.S.D.J.
Dated: May 24, 2023